IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-6-BU-KLD |
| Three United States Postal Service parcels address to Austin King or Austin, 1420 Texas Ave, Butte, MT 59701 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 20th day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1